UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEITH A. ROBERTS,

        Plaintiff,

v.                                                        Case No. 15-C-1232

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

## ORDER

Plaintiff has filed a pro se complaint seeking review of the decision of the Commissioner of Social Security. Plaintiff has also requested leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915.

An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Plaintiff filed an application for waiver of the filing fee, but the application is unsigned. The instructions at the beginning of the form direct the filer to sign the application and not leave any blanks. It also advises that by signing the document the plaintiff declares "under penalty of perjury that the information below is true" and that they understand that a false statement may result in a dismissal of their claims. Plaintiff's complaint is unsigned as well. The Federal Rules of Civil Procedure state:

> "***Every pleading, written motion, and other paper must be signed*** by at least one attorney of record in the attorney's name— **or *by a party personally if the party is unrepresented***. The paper must state the signer's address, email address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not e verified or accompanied by an affidavit. ***The court must strike an***

> ***unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention***. (Emphasis added.)

See Fed. R. Civ. P. 11.

The motion to proceed *in forma pauperis* will be denied and, unless the plaintiff submits a signed complaint and fully-completed motion to proceed *in forma pauperis* within the next 14 days, the case will be dismissed. If plaintiff submits a signed complaint but not a motion to proceed *in forma pauperis*, plaintiff would also need to pay the filing fee in full.

**SO ORDERED** this   19th   day of October, 2015.

      s/ William C. Griesbach
      William C. Griesbach, Chief Judge
      United States District Court